| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:10CR02285-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** ~~FILED~~ *2011 MAY 16 P 3:01* | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Paul Miller-Kilbury Case:4:11-cr-20279 Judge: Goldsmith, Mark A. Filed: 05-02-2011 At 10:12 AM PROB TRANS USA V. PAUL MILLER-KILBURY | DISTRICT Southern District of Texas | DIVISION Laredo, Texas |
|---|---|---|
| | NAME OF SENTENCING JUDGE Micaela Alvarez, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2011 — TO 03/02/2014 |

**OFFENSE**

Conspiracy to transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle
8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan, Flint Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

April 14, 2011
*Date*

Micaela Alvarez
*United States District Judge*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF MICHIGAN/FLINT DIVISION</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

5/16/11
*Effective Date*

*United States District Judge*